IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD DEWAYNE DUKE**                                             **PLAINTIFF**
**ADC #92980**

v.                          **Case No. 5:17-cv-00106-KGB-PSH**

**STEVEN SPRINGFELLOW**                                                 **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendation ("Recommendation") from United States Magistrate Judge Patricia S. Harris (Dkt. No. 28). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly, plaintiff Reginald Dewayne Duke's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2).

It is so ordered this the 16th day of May, 2018.

                                                                Kristine G. Baker
                                                                United States District Judge