IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD DEWAYNE DUKE                                                        PLAINTIFF
ADC #92980

v.                      Case No. 5:17-cv-00106-KGB-PSH

STEVEN SPRINGFELLOW                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this the 16th day of May, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge